UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Verle Cameron</u>

    v.                              No. 07-fp-075

<u>U.S. Social Security Administration,
Commissioner</u>


**<u>ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS</u>**


Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 07-cv-075-PB.

**SO ORDERED.**


                                          James R. Muirhead
                                          United States Magistrate Judge

Date:  March 23, 2007

cc:    Raymond J. Kelly, Esq.